## RUBIN BOWDEN v. STATE OF FLORIDA

22 So. (2nd) 581                                     June Term, 1945
June 26, 1945                                            Division A

*Frank T. Cannon,* for appellant.

*J. Tom Watson,* Attorney General, *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.